M. P. No. 77-194. CATHERINE A. GREENE v. GLORIA M. McDONALD et al. Petition for writ of habeas corpus is granted and a writ shall issue forthwith. The stay previously granted by this court shall remain in full force and effect. *Everett Petronio,* for petitioner. *Julius C. Michaelson,* Attorney General, *John R. McDermott,* Special Asst. Attorney General, for defendant.

C. A. No. 75-257. STATE v. ANTHONY MEROLA. Petition for reargument is denied. Bevilacqua, C.J. did not participate. *Julius C. Michaelson,* Attorney General, *Nancy Marks Rahmes,* Special Asst. Attorney General, for petitioner. *Bevilacqua & Cicilline, John F. Cicilline,* for defendant.

C. A. No. 76-75. GREATER PROVIDENCE DEPOSIT CORPORATION v. W. H. SUNDEL AND MANUEL BENEVIDES. The plaintiff's motion to dismiss the defendants' appeal for failure to file a brief is granted unless the defendants file a brief on or before August 18, 1977. If the brief is not filed on or before the above date, the appeal will be dismissed without any further order of this court. *John E. Moore, Edward J. Maggiacomo,* for petitioner. *Salvatore L. Romano,* for defendant.

C. A. No. 76-123. STATE v. MILTON C. MASSEY III. The State's motion for an extension of time to file its brief is granted. The brief shall be filed on or before July 29, 1977. *Julius C. Michaelson,* Attorney General, *Judith Romney Wegner,* Special Asst. Attorney General, for petitioner. *Allegra E. Munson, Public Defender,* for defendant.